United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DARLIN OBEL FLORES MADRID, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-5708 |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

The petitioner, Darlin Obel Flores Madrid, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). On July 27, 2026, the court ordered the respondents to file a response to the petition. On August 4, 2026, the federal respondents filed a Motion to Dismiss Petition for a Writ of Habeas Corpus as Moot and Motion for Summary Judgment stating that the petitioner was removed from the United States on July 25, 2026, and arguing that the petition should now be dismissed as moot. (Docket Entry No. 6). The petitioner has not filed any response to the motion.

Because Flores Madrid is no longer in custody, his habeas petition is now moot. The Motion to Dismiss Petition for a Writ of Habeas Corpus as Moot and Motion for Summary Judgment (Docket Entry No. 6) is **granted**. This case is **dismissed** without prejudice. Any other pending motions are **denied** as moot.

SIGNED on August 18, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge